## THIRD DEPARTMENT, FEBRUARY TERM, 1892.

James Walter Crystal, by Guardian, Appellant, v. The Troy and Boston Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Herrick, J.

William M. Frommel, Appellant, v. William McKinstry, Respondent. — Order affirmed, with costs, to be paid personally by the appellant. No opinion.

The People of the State of New York *ex rel.* Edison Electric-light Company v Frank Campbell, as Comptroller, etc. — Determination of Comptroller confirmed, with costs and printing disbursements. Opinion by Herrick, J.

Leocadie A. V. Cassagne, Appellant, v. James M. Marvin and another, Respondents. — Judgment affirmed as to the appeals of both parties, without costs on appeal to either. Opinion by Herrick, J.; Putnam, J., not acting.

Charles Bouck, Appellant, v. Charles H. Wolston, Respondent. — Judgment reversed, new trial granted, with costs to abide the event. Opinion by Putnam, J.

John Barth, Respondent, v. Erastus P. Backus, Sheriff, and others, Appellants. — Judgment affirmed, with costs. Opinion by Herrick, J.

Lemon Thomson, Respondent, v. John O. Poor and others, Appellants — Judgment affirmed, with costs. Opinion by Mayham, P. J.

George H. Richardson, Appellant, v. Jonathan Levi and others, Respondents. — Judgment reversed, a new trial granted, costs to abide the event. Opinion by Herrick, J.

Fred. C. Laidley, Assignee, etc., Respondent, v.

James Rogers and others, Appellants— Order affirmed, as per opinion, without costs. Opinion by Putnam, J.

Caroline Greenberg, Respondent, v. The City of Kingston, Appellant. — Judgment affirmed, with costs. Opinion by Herrick, J.

William B. Griffin, Appellant, v. J. Hyler White, Surviving Partner, etc., Respondent.— Judgment affirmed on the opinion of the court below, without costs. Mem. by Putnam, J.

The People of the State of New York, Respondent, v. John J. O'Melia, Appellant.—Judgment affirmed, with costs. Mem. by Herrick, J

### Decisions handed down March 2, 1893.

Charles E. Bullard and Charles O. Howe, Appellants, v. Mary C. Harris and others, Respondents.— Motion for reargument, granted, without costs. No opinion.

Nannie L. Vaughn, Respondent, v. Mary M. Strong, as Administratrix, etc., Appellant.— Motion for reargument denied, with ten dollars costs. No opinion.

The Donohue, Tierney, Isengert Brewing Company, Respondent, v. The Fitchburg Railroad Company, Appellant — Judgment reversed, new trial granted, costs to abide event. Mem. by Herrick. J. All concur.

Anna S. Carpenter, Appellant, v. Hiland Carpenter, Respondent.— Order affirmed, with ten dollars costs and printing and other disbursements. No opinion.